UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TAYLER GRUBB and JOSEPH MARRERO, on their own behalf and on behalf of a class of those similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:26-cv-1460-JPH-TAB |
| MONROE COUNTY COUNCIL, MONROE COUNTY COMMISSIONERS, in their official capacities; MONROE COUNTY SHERIFF, in his official capacity, | ) | |
| Defendants. | ) | |

**Plaintiffs' Motion for Class Certification**

Plaintiffs, by counsel, move to certify this case as a class action pursuant to Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure. In support of this motion plaintiffs state that:

1. This action is brought by plaintiffs on their own behalf and on behalf of a class of those similarly situated pursuant to Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure.

2. The class is defined as:

> all persons currently confined in the Monroe County Jail or who will be confined there in the future.

3. All the requirements of Rule 23(a) are met as:

a. The class is so numerous that joinder of all members is impractical. Over the last month the Jail has housed on average more than 259 prisoners each day and the membership of the class is constantly changing as prisoners enter and leave the facility.

b. There are questions of law or fact common the class: whether conditions in the Monroe County Jail violate the United States Constitution.

c. The claims of the representative parties are typical of those of the class.

d. The representative parties will fairly and adequately protect the interests of the class.

4. The further requirements of Rule 23(b)(2) are met in this cause as at all times defendants have acted or refused to act in a manner generally applicable to the class, thereby making final injunctive and declaratory relief appropriate with respect to the class as a whole.

5. Undersigned counsel are appropriate persons to be appointed as counsel for the class pursuant to Federal Rule of Civil Procedure 23(g) and should be appointed.

6. In further support of this motion the plaintiffs separately submit their memorandum of law and evidentiary support.

WHEREFORE, plaintiffs request that this case be certified as a class action with the class as defined above, and for all other proper relief.

Kenneth J. Falk
Joshua T. Bleisch
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105

kfalk@aclu-in.org
jbleisch@aclu-in.org

Attorneys for Plaintiffs and the Putative Class

**Certificate of Service**

I certify that a copy of the foregoing was served on the below defendants in this cause by first-class U.S. postage on this 10th day of July, 2026.

Monroe County Council
100 W. Kirkwood Ave. No. 306
Bloomington, IN 47404

Monroe County Commissioners
100 W. Kirkwood Ave. No. 322
Bloomington, IN 47404

Monroe County Sheriff
301 N. College Ave.
Bloomington, IN 47404

Kenneth J. Falk
Attorney at Law