UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TAYLER GRUBB and JOSEPH MARRERO, on their own behalf and on behalf of a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONROE COUNTY COUNCIL, MONROE COUNTY COMMISSIONERS, in their official capacities, and MONROE COUNTY SHERIFF, in his official capacity,<br><br>Defendants. | ) | No. 1:26-cv-01460-JPH-TAB |

**DEFENDANT MONROE COUNTY SHERIFF'S JURY DEMAND**

Comes now the Monroe County Sheriff, by counsel, and pursuant to Fed. R. Civ. P. 38(b) demands a jury trial on any issues raised by Plaintiffs' complaint that are triable to a jury.

Respectfully submitted,

CLARK JOHNSON & KNIGHT, LTD.

*/s/ Pamela G. Schneeman*
Pamela G. Schneeman, Atty No. 18142-53

*Attorney for Defendant Monroe County Sheriff*

CLARK JOHNSON & KNIGHT, LTD.
11590 N. Meridian St., Ste 650
Carmel, IN 46032
Phone: (317) 844-3830
Email: pschneeman@cjklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, a copy of the foregoing DEFENDANT MONROE COUNTY SHERIFF'S JURY DEMAND was filed electronically. I further certify that a copy of the same was served by First Class U.S. Mail, postage pre-paid to:

Joshua Bleisch
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN 46202
jbleisch@aclu-in.org

Kenneth J. Falk
ACLU OF INDIANA
1031 E. Washington Street
Indianapolis, IN 46202
kfalk@aclu-in.org

I further certify that a copy of the same was served by First Class U.S. Mail, postage pre-paid to:

Monroe County Council
100 W. Kirkwood Ave. No. 306
Bloomington, IN 47404

/s/ *Pamela G. Schneeman*
Pamela G. Schneeman

CLARK JOHNSON & KNIGHT, LTD.
11590 N. Meridian St., Ste 650
Carmel, IN 46032
Phone: (317) 844-3830
Email: pschneeman@cjklaw.com