UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TAYLER GRUBB and JOSEPH MARRERO, on their own behalf and on behalf of a class of those similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:26-cv-01460-JPH-TAB |
| MONROE COUNTY COUNCIL, MONROE COUNTY COMMISSIONERS, in their official capacities, and MONROE COUNTY SHERIFF, in his official capacity, | ) | |
| Defendants. | ) | |

**<u>MONROE COUNTY COMMISSIONERS' AND MONROE COUNTY SHERIFF'S RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

Come now the Monroe County Commissioners and the Monroe County Sheriff, by counsel, and in response to Plaintiffs' Motion for Class Certification state:.

1. The Commissioners and the Sheriff accede to the certification of this action as a class action, including; (a) Plaintiffs' proposed definition of the class; and (b) the qualifications and experience of Plaintiffs' counsel to serve as class counsel.

2. The Commissioners and the Sheriff do not, however, admit the alleged constitutional violations.

WHEREFORE, the Commissioners and the Sheriff notify the Court and all other parties of their position on the pending Motion for Class Certification.

Respectfully submitted,

CLARK JOHNSON & KNIGHT, LTD.

*/s/ Pamela G. Schneeman*
Pamela G. Schneeman, Atty No. 18142-53

*Attorney for the Monroe County Commissioners and the Monroe County Sheriff*

CLARK JOHNSON & KNIGHT, LTD.
11590 N. Meridian St., Ste 650
Carmel, IN 46032
Phone: (317) 844-3830
Email: pschneeman@cjklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, a copy of the foregoing MONROE COUNTY COMMISSIONERS' AND MONROE COUNTY SHERIFF'S RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION was filed electronically. I further certify that a copy of the same was served via the Court's CM-ECF system to:

Joshua Bleisch
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN 46202
jbleisch@aclu-in.org

Kenneth J. Falk
ACLU OF INDIANA
1031 E. Washington Street
Indianapolis, IN 46202
kfalk@aclu-in.org

Libby Y. Goodknight
Rachel J. Guin
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204
lgoodknight@kdlegal.com
rguin@kdlegal.com

*/s/ Pamela G. Schneeman*
Pamela G. Schneeman

CLARK JOHNSON & KNIGHT, LTD.
11590 N. Meridian St., Ste 650
Carmel, IN 46032
Phone: (317) 844-3830
Email: pschneeman@cjklaw.com